# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Biggs, Loretta C. | U.S. District Court - Middle District of North Carolina | 05/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States District Court
Hiram H. Ward Federal Building and U.S. Courthouse
251 N. Main Street, Suite 246
Winston-Salem, NC 27101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2004 | State of NC Judicial Retirement Defined Benefit - No Control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Biggs, Loretta C. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | State of North Carolina Retirement Pension | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Biggs, Loretta C.** | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Department of Education | Loan | K |
| 2. | Roundtreet Mortgage | Mortgage on Investment Property | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Biggs, Loretta C. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | A | Dividend | L | T | | | | | |
| 2. American Balanced Classic C | A | Dividend | K | T | | | | | |
| 3. Prudential Variable Appreciable Life Insurance Policy | | | | | | | | | |
| 4. -PSF Equity | | None | K | T | | | | | |
| 5. Wells Fargo Bank "Account" A | A | Interest | K | T | | | | | |
| 6. State Employees Credit Union "Account" A | A | Interest | J | T | | | | | |
| 7. First Tennessee "Account" A | A | Interest | K | T | | | | | |
| 8. First Tennessee IRA | D | Int./Div. | N | T | | | | | |
| 9. -First Tennessee Bank Deposit Account | A | Int./Div. | J | T | | | | | |
| 10. -DFA Dimensional 1 Year Fixed Income | B | Int./Div. | | | Sold | 09/06/17 | K | A | |
| 11. -DFA Five Year Global Fixed Inc | B | Int./Div. | | | Sold | 09/06/17 | K | A | |
| 12. -DFA Short Term Government Port | B | Int./Div. | | | Sold | 09/06/17 | K | A | |
| 13. -DFA 2-Yr Glbl Fixed Inc Port | B | Int./Div. | | | Sold | 01/24/17 | K | A | |
| 14. -DFA Emerging Markets Sml Cap | A | Int./Div. | | | Sold | 10/06/17 | J | B | |
| 15. -DFA Emerging Markets Value | A | Int./Div. | | | Sold | 10/06/17 | J | C | |
| 16. -DFA Emerging Markets Portfolio | A | Int./Div. | | | Sold | 10/06/17 | J | B | |
| 17. -DFA Int Val Port | B | Int./Div. | | | Sold | 10/06/17 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Biggs, Loretta C. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -DFA International Small Co | A | Int./Div. | | | Sold | 10/06/17 | K | C | |
| 19. -DFA Intl Small Cap Value Portfolio | A | Int./Div. | | | Sold | 10/06/17 | K | C | |
| 20. -DFA US Core Equity 2 Port | B | Int./Div. | | | Sold | 10/06/17 | L | D | |
| 21. -US Vector Equity Portfolio | A | Int./Div. | | | Sold | 10/06/17 | L | D | |
| 22. Lord Abbett Floating Rate-I | E | Int./Div. | K | T | Buy | 09/06/17 | K | | |
| 23. PIMCO Global Bd USD | E | Int./Div. | K | T | Buy | 09/06/17 | K | | |
| 24. Vanguard Intm Term Corp-Adm | E | Int./Div. | K | T | Buy | 09/06/17 | K | | |
| 25. Vanguard S/T Invest Gr-Adm | E | Int./Div. | K | T | Buy | 09/06/17 | K | | |
| 26. -DFA Emerg Mkts Core Equity | B | Int./Div. | J | T | Buy | 10/06/17 | J | | |
| 27. -DFA Intl Vector Equity PT | B | Int./Div. | L | T | Buy | 10/06/17 | L | | |
| 28. -DFA Real Estate Secs Port | A | Int./Div. | K | T | Buy | 01/24/17 | K | | |
| 29. -DFA US L/C Value Port | A | Int./Div. | K | T | Buy | 12/18/17 | K | | |
| 30. -DFA US Large CO Port | B | Int./Div. | L | T | Buy | 12/18/17 | L | | |
| 31. -DFA US Small Cap Portfolio | A | Int./Div. | K | T | Buy | 12/18/17 | K | | |
| 32. Rental Property #1 Winston-Salem, NC Apparisal Date 10/17/2014** | D | Rent | M | Q | Open | | M | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Biggs, Loretta C. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Biggs, Loretta C. | 05/15/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Loretta C. Biggs**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544